**IN THE UNITED STATES
DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GREE, INC., § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. 2:19-cv-00071-JRG-RSP |
| § | |
| SUPERCELL OY, § | |
| § | |
| *Defendant*. § | |

## ORDER

Plaintiff GREE filed a Motion for Partial Summary Judgment as to Supercell's Affirmative Defense of Invalidity. (Dkt. No. 180.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 263), granting Plaintiff's Motion for Partial Summary Judgment. Defendant Supercell Oy ("Defendant") has now filed Objections (Dkt. No. 281) to the Report, with Plaintiff filing a Response. (Dkt. No. 286.)

After reviewing the briefing on Plaintiff's Motion for Partial Summary Judgment, the Report and Recommendation, and the briefing on Defendant's Objections, the Court agrees with the reasoning provided within the Report and Recommendation and concludes that the Objections fail to show that the Report and Recommendation was erroneous.

Consequently, the Court **OVERRULES** Defendant's Objections and **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Partial Summary Judgment (Dkt. No. 180) is **GRANTED**.

**So ORDERED and SIGNED this 24th day of August, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE