**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| GREE, INC., § § *Plaintiff*, § § v. § § SUPERCELL OY, § § *Defendant*. § | Case No. 2:19-cv-00071-JRG-RSP |

## ORDER

Plaintiff GREE, Inc. previously filed a Motion to Strike Untimely Disclosed Facts and Opinions Regarding Non-Infringing Alternatives, Fact Witnesses, and Good-Faith Belief Defense (Dkt. No. 182). Magistrate Judge Payne entered a Memorandum Order (Dkt. No. 282), granting-in-part and denying-in-part Plaintiff's Motion to Strike. Plaintiff and Defendant have filed Objections to the Memorandum Order (Dkt. Nos. 290, 291, respectively) and Responses (Dkt. Nos. 307, 305, respectively).

After reviewing the briefing on the Motion to Strike, Judge Payne's Memorandum Order, and the briefing on Plaintiff's and Defendant's Objections, the Court agrees with the reasoning provided within the Memorandum Order and concludes that the Objections fail to show that the Memorandum Order was clearly erroneous or contrary to law.

Consequently, the Court **OVERRULES** Plaintiff's Objections (Dkt. No. 290) and Defendant's Objections (Dkt. No. 291) and **ADOPTS** Judge Payne's Memorandum Order (Dkt. No. 282).

**So ORDERED and SIGNED this 1st day of September, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE