IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| GREE, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 2:19-cv-00070-JRG-RSP |
| | § | Case No. 2:19-cv-00071-JRG-RSP |
| SUPERCELL OY, | § | |
| | § | |
| *Defendant.* | § | |

## VERDICT FORM

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "GREE" refers to GREE, Inc.

- "Supercell" refers Supercell Oy

- The "'594 Patent" refers to U.S. Patent No. 9,597,594

- The "'137 Patent" refers to U.S. Patent No. 9,604,137

- The "'481 Patent" refers to U.S. Patent No. 9,956,481

- The "'655 Patent" refers to U.S. Patent No. 9,774,655

- The "'873 Patent" refers to U.S. Patent No. 9,795,873

- The "Asserted Claims" refers collectively to Claim 2 of the '594 Patent; Claims 1, 2, and 15 of the '137 Patent; Claims 4 and 5 of the '481 Patent; Claims 5 and 7 of the '655 Patent; and Claims 8 and 10 of the '873 Patent.

**<u>IT IS VERY IMPORANT THAT YOU FOLLOW THE
INSTRUCTIONS PROVIDED IN THIS VERDICT FORM.</u>**

**<u>READ THEM CAREFULLY AND
ENSURE YOUR VERDICT COMPLIES WITH THEM.</u>**

## QUESTION NO. 1:

Did GREE prove by a preponderance of the evidence that Supercell infringed **ANY** of the Asserted Claims?

Yes: ✓          No: _____

**QUESTION NO. 2:**

Did Supercell prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

| | |
|---|---|
| Claim 1 of the '137 Patent | No |
| Claim 2 of the '137 Patent | No |
| Claim 15 of the '137 Patent | No |
| | |
| Claim 4 of the '481 Patent | No |
| Claim 5 of the '481 Patent | No |
| | |
| Claim 5 of the '655 Patent | No |
| Claim 7 of the '655 Patent | No |
| | |
| Claim 8 of the '873 Patent | No |
| Claim 10 of the '873 Patent | No |

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 3**

Did GREE prove by a preponderance of the evidence that Supercell willfully infringed **ANY** of the Asserted Claims that you found were infringed?

Yes: ___✓___      No: _____

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 4a or 4b.**

**Answer Question No. 4a and 4b ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 4a:**

What sum of money, if any, paid now in cash, has GREE proven by a preponderance of the evidence would compensate GREE for its damages resulting from infringement?

Answer in United States Dollars and Cents, if any:

$ _8,500,000_____

## QUESTION NO. 4b:

Is the total amount you awarded in Question No. 4a a lump-sum representing

damages for past and future sales, or is the amount you awarded in Question No. 4a

a reasonable royalty for past sales only?

Check **one** of the following:

**Lump-sum** _____✓_____

**—OR—**

**Reasonable Royalty for past
sales** _____

## FINAL PAGE OF JURY VERDICT FORM

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your **unanimous** determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this \_\_\_18\_\_\_ day of September, 2020.


_____   _____
**Jury Foreperson**